IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| Tammy R. Umphreys, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 13-0983-CV-W-JTM |
| Carolyn W. Colvin, ) | |
| ) | |
| Defendant. ) | |

# O R D E R

On November 5, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed March 27, 2014, [Doc. 8] and the *Brief For Defendant*, filed June 9, 2014, [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.

                                              */s/ John T. Maughmer*
                                          JOHN T. MAUGHMER
                                          U. S. MAGISTRATE JUDGE